AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida  ▼

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  25-cr-10040-DPG |
| Victoriano Lopez-Palencia | ) |
| | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:     09/05/2025

*Defendant's signature*

*Signature of defendant's attorney*

Ian McDonald
*Printed name of defendant's attorney*

*Judge's signature*

Lurana S. Snow, U.S. Magistrate Judge
*Judge's printed name and title*