UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-10040-CR-GAYLES

UNITED STATES OF AMERICA

v.

VICTORIANO LOPEZ-PALENCIA,

Defendant.

_____/

## FACTUAL PROFFER

The United States of America and Defendant VICTORIANO LOPEZ-PALENCIA (the "Defendant") agree that, had this case gone to trial, the United States would have proven the following facts, which occurred in the Southern District of Florida, beyond a reasonable doubt:

1. On August 18, 2025, a law enforcement officer saw a white dump truck leaving a residence being driven by the Defendant.

2. The officer conducted a lawful traffic stop of the vehicle.

3. The law enforcement officer approached the vehicle and identified himself to the Defendant as law enforcement.

4. The officer determined that the Defendant had no legal immigration status and told the Defendant that he would need to detain him.

5. The Defendant then tried to lock himself inside the vehicle.

6. The law enforcement officer opened the driver-side door and placed one handcuff on the Defendant's left wrist.

7.      The Defendant then began resisting arrest and kicked the officer. The Defendant proceeded to strike the officer multiple times.

8.      Biometrics checks confirmed that the Defendant was a citizen of Honduras and did not have permission to enter the United States.

9.      Additionally, the biometrics and immigration records check confirmed that the Defendant previously had been removed from the United States on or about October 2, 2008, and again on or about September 29, 2009.

10.      The Defendant has not received permission to reapply for admission to the United States.

[This Space Intentionally Left Blank]

2

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States and the Defendant, are sufficient to prove the guilt of the Defendant as to the crimes of Reentry of a Removed Alien, in violation of Title 8, United States Code, Section 1326(a) and Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of Title 18, United States Code, Section 111(a)(1), as alleged in the Indictment.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 11/17/2025   By: _____

TIMOTHY FARINA
ASSISTANT UNITED STATES ATTORNEY

Date: 11/18/25   By: _____

IAN MCDONALD
ATTORNEY FOR DEFENDANT

Date: 11/18/25   By: _____

VICTORIANO LOPEZ-PALENCIA
DEFENDANT

3